IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| BRIAN HART, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| V. § | Civil Action No. 4:23-cv-00203-ALM-KPJ |
| § | |
| SAFECO INSURANCE COMPANY OF § | |
| INDIANA, *et al.*, § | |
| § | |
| *Defendants.* § | |

**ORDER ON MOTION TO DISMISS WITH PREJUDICE**

CAME TO BE CONSIDERED, Plaintiff's Motion to Dismiss with Prejudice, and the Court, having considered said Motion, is of the opinion that the Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUGED, AND DECREED that all of the claims against Defendant, Safeco Insurance Company of Indiana, that were raised by Plaintiff, Brian Hart, in the above-referenced cause, be non-suited and dismissed with prejudice, with all costs of Court taxed against the party incurring same.

SIGNED this 7th day of August, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE